# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARK D. MARSHALL,

        Plaintiff,

    v.

WILLIAM HOLM,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-398-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant with prejudice pursuant to Fed. R. Civ. P. 41(b).

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____6/22/09_____
Date